## Meliodon, Appellant, *v.* Philadelphia School District.

Argued November 24, 1937.  Before SCHAFFER, MAXEY, DREW, LINN, STERN, and BARNES, JJ.

*Joseph M. Barrett,* with him *Thomas J. Mullaney,* of *Hirst & Mullaney,* for appellant.

*Charles I. Thompson,* with him *Robert von Moschzisker,* for appellee.

PER CURIAM, January 3, 1938:

The decree of the chancellor dismissing plaintiff's bill is affirmed on the portion of his opinion appearing in the Reporter's notes.

Costs to be paid by appellant.